BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Valsartan Products Liability Litigation | MDL No. 2875 |

## NOTICE OF APPEARANCE

**PARTY REPRESENTED:**

Defendant, Hetero USA Inc.

**SHORT CASE CAPTIONS:**

See enclosed list.

\* \* \* \* \* \*

In compliance with <u>Rule</u> 4.1(c), the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of Defendant Hetero USA Inc.

I am aware that only one attorney can be designated for each party.

By entering an appearance, Defendant Hetero USA does not waive any defenses in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 12, 2019 | */s/ Janet L. Poletto* |
| | _____ |
| | Janet L. Poletto, Esq. |
| | HARDIN KUNDLA McKEON & POLETTO |
| | 673 Morris Avenue |
| | Springfield, NJ 07081 |
| | Telephone: 973-912-5222 |
| | Facsimile: 973-912-9212 |
| | |
| | *Attorneys for Defendant, Hetero USA Inc.* |

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Valsartan Products Liability Litigation | MDL No. 2875 |

| Short Case Caption | Civil Action | Court of Filing |
|---|---|---|
| Branham v. Hetero Drugs, Ltd. | 3:19-cv-00265 | E.D. Tn. |
| Noe v. Hetero Labs, Ltd. | 4:19-cv-00054 | W.D. Ky. |
| Patras v. Torrent Pharmaceuticals, Ltd. | 1:19-cv-11497 | D.N.J. |
| Roddey v. Camber Pharmaceuticals, Inc. | 1:19-cv-12763 | D.N.J. |
| Thomas v. Hetero Drugs, Ltd. | 6:19-cv-01290 | N.D. Al. |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Valsartan Products Liability Litigation | MDL No. 2875 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2019, the foregoing Notice of Appearance was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF filing system on all counsel of record or as otherwise indicated below.

| Branham v. Hetero Drugs, Ltd., 3:19-cv-00265 (E.D. Tn.) | Noe v. Hetero Labs, Ltd., 4:19-cv-00054 (W.D. Ky.) |
|---|---|
| Marlene J. Goldenberg, Esquire<br>**Goldenberg Law, PLLC**<br>800 LaSalle Avenue<br>Suite 2150<br>Minneapolis, MN 55402<br>Phone: (612) 436-5028<br>Email: aohara@goldenberglaw.com<br><br>Andrea T. McKellar, Esquire<br>**McKellar Hyde PLC**<br>4235 Hillsboro Pike<br>Suite 300<br>Nashville, TN 37215<br>Phone: (615) 855-9863<br>Email: amckellar@mckellarhyde.com<br>*Attorneys for Plaintiff Norma Braham*<br><br>**(Via U.S. Mail Only)**<br>Hetero Labs, Ltd.<br>Hetero Drugs, Ltd.<br>7-2-A2 Hetero Corporate Industrial Estate<br>Sanathnagar Hyderabad, Telangana 500018<br><br>Camber Pharmaceuticals, Inc.<br>1031 Centennial Avenue<br>Piscataway, NJ 08854 | Alex C. Davis, Esquire<br>**Jones Ward PLC**<br>1205 E. Washington Street<br>Suite 111<br>Louisville, KY 40206<br>Phone: (502) 882-6000<br>Email: alex@jonesward.com<br><br>Daniel A. Nigh, Esquire<br>**Levin Papantonio Thomas Mitchell Rafferty & Proctor PA**<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7013<br>Email: dnigh@levinlaw.com<br>*Attorneys for Plaintiff Henry Noe*<br><br>**(Via U.S. Mail Only)**<br>Hetero Labs, Ltd.<br>Hetero Drugs, Ltd.<br>7-2-A2 Hetero Corporate Industrial Estate<br>Sanathnagar Hyderabad, Telangana 500018<br><br>Camber Pharmaceuticals, Inc.<br>1031 Centennial Avenue,<br>Piscataway, NJ 08854 |

| | |
|---|---|
| Preferred Pharmaceuticals, Inc<br>1250 North Lakeview Ave.<br>Unit O<br>Anaheim, CA 92807<br><br>Torrent Pharmaceuticals, Ltd.<br>Torrent Pharmaceuticals, Inc.<br>150 Allen Road, Suite 102<br>Basking Ridge, New Jersey 07920<br><br>The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202<br>*Defendants* | Torrent Pharmaceuticals, Ltd.<br>Torrent Pharma Inc.,<br>150 Allen Road, Suite 102<br>Basking Ridge, NJ 07920<br>*Defendants* |
| **Patras v. Torrent Pharmaceuticals, Ltd., 1:19-cv-11497 (D.N.J.)**<br><br>Rosalee B.C. Thomas, Esquire<br>**Finkelstein Thompson LLP**<br>1077 30th Street, NW<br>Suite 150<br>Washington, D.C. 20007<br>Phone: (202) 337-8000<br>Email: rbcthomas@finkelsteinthompson.com<br>*Attorney for Plaintiff Argyre Patras*<br><br>Eric I. Abraham, Esquire<br>Yevgenia Shtilman Kleiner, Esquire<br>**Hill Wallack, LLP**<br>21 Roszel Road<br>Princeton, NJ 08543<br>Phone: (609) 924-0808<br>Email: ehart@duanemorris.com<br>*Attorneys for Defendants Torrent Pharmaceuticals, Ltd., and Torrent Pharma, Inc.*<br><br>**(Via U.S. Mail Only)**<br>Hetero Drugs, Ltd.<br>7-2-A2 Hetero Corporate Industrial Estate<br>Sanathnagar Hyderabad, Telangana 500018<br>*Defendant* | **Roddey v. Camber Pharmaceuticals, Inc., 1:19-cv-12763 (D.N.J.)**<br><br>Andrew J. Obergfell<br>**Bursor & Fisher PA**<br>888 Seventh Avenue<br>New York, NY 10106<br>Phone: (646) 837-7129<br>Email: aobergfell@bursor.com<br>*Attorneys for Plaintiffs Glenn Roddey, Helen Johnson, Alicia Degracia, and William Kolacek*<br><br>Melissa A. Geist, Esquire<br>**Reed Smith LLP**<br>Princeton Forrestal Village<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Phone: (609) 514-5978<br>Email: mgeist@reedsmith.com<br>*Attorney for Defendant Camber Pharmaceuticals, Inc.*<br><br>Jason A. Nagi<br>**Polsinelli PC**<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016<br>Phone: (212) 684-0199<br>Email: jnagi@polsinelli<br>*Attorney for Defendant Legacy Pharmaceutical Packaging, LLC* |

| | |
|---|---|
| **Thomas v. Hetero Drugs, Ltd.,** 6:19-cv-01290 (N.D. Al.)<br><br>Calle M. Mendenhall, Esquire<br>**Farris, Riley & Pitt, LLP**<br>505 20th Street North<br>Suite 1700<br>Birmingham, AL 35203<br>Phone: (205) 871-4144<br>Email: cmendenhall@frplegal.com<br>*Attorney for Plaintiff Stacey Thomas*<br><br>**(Via U.S. Mail Only)**<br>Hetero Labs, Ltd.<br>Hetero Drugs, Ltd.<br>7-2-A2 Hetero Corporate Industrial Estate<br>Sanathnagar Hyderabad, Telangana 500018<br><br>Camber Pharmaceuticals, Inc.<br>1031 Centennial Avenue<br>Piscataway, NJ 08854<br><br>Preferred Pharmaceuticals, Inc<br>1250 North Lakeview Ave.<br>Unit O<br>Anaheim, CA 92807<br>*Defendants* | |

*/s/ **Janet L. Poletto***

_____

Janet L. Poletto, Esq.